**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00083-CV

**BEVER PROPERTIES, LLC AND JESSE M. TAYLOR, D.D.S., P.A., Appellants**

**V.**

**PLANO PARKWAY OFFICE CONDOMINIUMS A/K/A PLANO PARKWAY OFFICE OWNERS ASSOCIATIONS AND DR. JOJO CHEUNG, D.D.S., Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04855-2013**

## ORDER

We **GRANT** court reporter Niki D. Garcia's request for extension of time to file record and **ORDER** the record be filed no later than April 24, 2014.

/s/ ELIZABETH LANG-MIERS
JUSTICE